UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL COLE KAISER,

    Plaintiff,

v.

RYAN HERRINGTON, *et al.*,

    Defendants.

CASE NO. 3:22-cv-05944-TL-JRC

ORDER DIRECTING RESPONSE TO MOTION TO COMPEL

    Before the Court is plaintiff's motion to compel which seeks a court order directing defendants to restore the previous dosages of plaintiff's prescribed medications. Dkt. 25. Plaintiff claims that when he was transferred to SCCC, the DOC medical department lowered or discontinued his necessary medications without explanation. *Id*. Because granting plaintiff's motion would result in a requirement that defendants change plaintiff's current prescribed medications, the Court's determination as to plaintiff's motion would benefit from a response from defendants.

Therefore, it is ORDERED:

(1) Defendants are directed to respond to plaintiff's motion to compel (Dkt. 25) by **April 7, 2023**. Plaintiff may file a reply to their response on or before **April 14, 2023**.

(2) The Clerk is directed to re-note the motion to compel (Dkt. 25) for consideration on **April 14, 2023**.

Dated this 16th day of March, 2023.

J. Richard Creatura
United States Magistrate Judge