UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL COLE KAISER,

    Plaintiff,

v.

RYAN HERRINGTON, *et al.*,

    Defendants.

CASE NO. 3:22-cv-05944-TL-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation of the Honorable Grady J. Leupold, United States Magistrate Judge (Dkt. No. 44), as well as the remaining record, and no objections or responses to the Report and Recommendation having been filed, the Court does hereby find and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's motion to compel, seeking injunctive relief (Dkt. 25) is DENIED without prejudice.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 12th day of June 2023.

Tana Lin
United States District Judge