UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL COLE KAISER,<br><br>                    Plaintiff,<br>          v.<br><br>RYAN HERRINGTON, *et al.*,<br><br>                    Defendants. | CASE NO. 3:22-cv-05944-TMC-GJL<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: January 19, 2024 |

The District Court has referred this action to United States Magistrate Judge Grady J. Leupold. Plaintiff has not responded to the Court's Orders or filed anything since June 2023, which suggests Plaintiff has abandoned this action. Therefore, the Court recommends that the District Court dismiss Plaintiff's action without prejudice for failing to prosecute his case and for not complying with Court Orders.

**I.      BACKGROUND**

Plaintiff, proceeding *pro se*, filed his proposed Complaint in this Court on December 7, 2022. Dkt. 1. After granting Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 9), the Court directed service of the Complaint on January 9, 2023. The Complaint alleges Defendants were

REPORT AND RECOMMENDATION - 1

1  responsible for Plaintiff's medical treatment during his incarceration at Stafford Creek
2  Corrections Center (SCCC) and negligently treated Plaintiff causing pain, the "long-term loss of
3  use" of his left hand, and deprivation of his Eighth Amendment rights. The Complaint alleges
4  these violations occurred from June 17, 2020, until on or about September 15, 2021. Dkt. 10 at
5  7– 8.
6      Plaintiff requested, and the Court granted, a stay of discovery for Plaintiff to retain
7  counsel. Dkt. 54. The Court ordered Plaintiff to file a status report when the stay expired on
8  August 22, 2023. *Id.* at 2. After Plaintiff did not file a status report and the Court learned that he
9  was released to community custody, the Court ordered all parties to file a status report by
10 September 22, 2023, indicating the status of discovery. Dkt. 56. Defendants filed status reports
11 arguing that Plaintiff abandoned his case and that dismissal under Federal Rule of Civil
12 Procedure 41(b) is appropriate. Dkts. 57, 59.
13     On November 6, 2023, the Court issued an Order for Plaintiff to Show Cause why his
14 Complaint should not be dismissed without prejudice for failure to prosecute. Dkt. 62. Plaintiff
15 failed to respond to the Order by the Court's deadline of November 27, 2023, and has not filed
16 anything in this action since June 14, 2023. Dkt. 52.

17                    **II.    DISCUSSION**

18     Rule 41(b), of the Federal Rules of Civil Procedure, allows a Court to dismiss an action
19 *sua sponte* for failure to prosecute or for failure to comply with the federal rules or any Court
20 order. *See also Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir.1986) ("The district court
21 has the inherent power *sua sponte* to dismiss a case for lack of prosecution.").
22     Plaintiff has not filed anything in this action since June 14, 2023. Dkt. 52. The Court has
23 provided ample opportunity for Plaintiff to participate in this matter to no avail. Therefore, the
24

Court recommends dismissal of this matter without prejudice for failure to comply with a Court Order and failure to prosecute. No certificate of appealability shall issue.

### III. CONCLUSION

This matter should be **DISMISSED without prejudice** and no certificate of appealability should issue.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on January 19, 2024, as noted in the caption.

Dated this 2nd day of January, 2024.

Grady J. Leupold
United States Magistrate Judge