UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL COLE KAISER,<br><br>                 Plaintiff,<br><br>  v.<br><br>RYAN HERRINGTON, *et al.*,<br><br>                 Defendants. | CASE NO. 3:22-cv-05944-TMC-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 63). Plaintiff's claims are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 19th day of January, 2024.

                                                         TIFFANY M. CARTWRIGHT
                                                         United States District Judge